UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20047-JB/TORRES

ENRICO DELUCA,

    Plaintiff,

v.

MW INTERNATIONAL VENTURES, LLC
d/b/a SOCIAL MOBILE and
ROBERT MORCOS, individually,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on United States Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Defendants MW International Ventures and Robert Morcos' Motion to Dismiss, ECF No. [7]. In the Report, Judge Torres recommends that the Court grant the Motion to Dismiss, and grant Plaintiff leave to amend the Complaint to cure the deficiencies highlighted therein. ECF No. [17]. No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report, ECF No. [17], is **AFFIRMED** and **ADOPTED**.

    2. Defendants' Motion to Dismiss, ECF No. [7], is **GRANTED**.

    3. Plaintiff shall **FILE** the amended complaint attached to Plaintiff's Notice of Filing First Amended Complaint, ECF No. [19], on the docket as Plaintiff's First Amended Complaint.

**DONE AND ORDERED** in Miami, Florida, this 5th day of May, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**