UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20047-JB/Torres

ENRICO DELUCA,

       Plaintiff,

v.

MW INTERNATIONAL VENTURES LLC
d/b/a SOCIAL MOBILE and
ROBERT MORCOS, individually,

       Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on United States Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Defendants MW International Ventures LLC d/b/a/ Social Mobile ("Social Mobile") and Robert Morcos' ("Morcos," and, together, "Defendants") motion to dismiss Plaintiff Enrico DeLuca's First Amended Complaint. (the "Motion"), ECF No. [26]. In the Report, Judge Torres recommends that the Court deny the Motion. ECF No. [52]. No objections to the Report have been filed, and the time to do so has passed. Indeed, on January 12, 2026, Defendants filed an Answer to Plaintiff's First Amended Complaint. ECF No. [53].

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1.  The Report, ECF No. [52], is **AFFIRMED** and **ADOPTED**.

2.  Defendants' Motion to Dismiss, ECF No. [26], is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of January, 2026.

_____

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE